## COTHORN *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 25, September Term, 1959.]

*Decided November 23, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

The applicant was convicted under three separate indictments of three separate offenses—robbery, unauthorized use of a motor vehicle, and assault. None of the individual sentences exceeded the maximum authorized by law. Separate offenses may be punished separately. *Williams v. State,* 205 Md. 470, 109 A. 2d 89. A disparity between the sentence imposed upon the applicant and that imposed upon his codefendant affords no basis for relief under the Post Conviction Procedure Act.

*Application denied.*